1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   PARKER MILLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-mj-00121-MJS |
|---|---|
| Plaintiff, | ) **MOTION TO DISMISS COUNT 1; ORDER** |
| vs. | ) |
| PARKER MILLS, | ) |
| Defendant. | ) |

Defendant PARKER MILLS hereby files this motion to dismiss Count 1 pursuant to 18 U.S.C. § 3607(a). The government does not oppose this request.

On February 23, 2016, Mr. Mills pled guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Mr. Mills a deferred entry of judgment under 18 U.S.C. § 3607(a). On December 14, 2016, the Court vacated Mr. Mills' review hearing, as Mr. Mills fully complied with the terms of his probation. Mr. Mills' probation expired on February 23, 2017.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Mr. Mills' term of probation has now expired and he did not violate any condition of his probation. Accordingly, Mr. Mills requests that the Court, without entering a

judgment of conviction, dismiss the proceedings.

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: April 13, 2017              */s/ Reed Grantham*
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              PARKER MILLS

## **O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses Count 1 of the Criminal Complaint in *United States v. Parker Mills*, Case No. 6:15-mj-00121-MJS.

IT IS SO ORDERED.

Dated:   April 14, 2017               /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE